UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X   For Online Publication Only
ORAN KASHI, as administrator of the Estate of
Menashe Kashi

                               Plaintiff,

             -against-                            **ORDER**
                                                          14-CV-3774 (JMA)(AKT)

STMICROELECTRONICS, INC.,

                               Defendant.
-------------------------------------------------------------------------------X
**AZRACK, United States District Judge:**

      Before the Court is defendant STMicroelectronics, Inc.'s objection to Magistrate Judge Tomlinson's order dated March 30, 2018 granting plaintiff's motion for leave to amend his complaint (the "Order"). (See ECF No. 72.) On April 20, 2018, defendant filed its objection under Federal Rule of Civil Procedure 72 ("Rule 72"), arguing that the Order is clearly erroneous and contrary to law because it found that plaintiff met the good cause standard for amendment under Federal Rule of Civil Procedure 16(b)(4). On September 4, 2018, plaintiff filed a response in opposition to defendant's objection and on September 11, 2018, defendant filed a reply. Having reviewed the full record and the applicable law, I agree with Judge Tomlinson's comprehensive and well-reasoned Order and find that plaintiff's motion for leave to amend should be granted.

      In reviewing a magistrate judge's ruling on a nondispositive matter, the Court "must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a). Although the Second Circuit has not explicitly decided the issue, the vast majority of courts in this District treat a magistrate judge's grant of a motion to amend the complaint as nondispositive and therefore review such rulings under Rule

72(a)'s "clearly erroneous" standard. See Point 4 Data Corp. v. Tri-State Surgical Supply & Equip., Ltd., No. 11-CV-726, 2012 WL 3306612, at *1 (E.D.N.Y. Aug. 13, 2012); FC Online Mktg., Inc. v. Burke's Martial Arts, LLC, No. 14-CV-3685, 2016 WL 6236312, at *1 (E.D.N.Y. Oct. 25, 2016); Tyree v. Zenk, No. 05-CV-2998, 2009 WL 1456554, at *3 (E.D.N.Y. May 22, 2009). Accordingly, I find that Judge Tomlinson's Order is subject to review under Rule 72(a)'s "clearly erroneous or contrary to law standard." Id.

I have reviewed the Order, the instant objections and the applicable law, and I find that Judge Tomlinson's Order was neither erroneous nor contrary to law. Moreover, even under a de novo review, the outcome would be the same. Accordingly, defendant's objections are overruled and plaintiff's motion to amend his complaint is granted.

**SO ORDERED.**

Dated: September 17, 2018
Central Islip, New York

                 /s/ (JMA)
                 JOAN M. AZRACK
                 UNITED STATES DISTRICT JUDGE